IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGIA KOLBAS | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 09-cv-03812-JF |

ORDER

AND NOW, this 28th day of January 2010, upon consideration of the plaintiff's motion for default judgment, and defendant's response thereto, IT IS ORDERED:

That plaintiff's motion is DENIED, and all references to the docket entries mentioning the entry of a default are STRICKEN.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.